# Court of Appeals
# of the State of Georgia

ATLANTA, July 03, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1452. JOHN W. OXENDINE et al. v. GOVERNMENT TRANSPARENCY & CAMPAIGN FINANCE COMMISSION.

John W. Oxendine and Oxendine Working for Georgia, Inc. (collectively, "the Appellants") filed a motion to quash a subpoena issued by the Georgia Government Transparency and Campaign Finance Commission to Branch Banking & Trust Company. The trial court denied the motion, and the Appellants filed both a direct appeal and an application for discretionary appeal. On April 3, 2018, this Court denied the application for discretionary appeal. See Case Number A18D0353, decided April 3, 2018. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    *Clerk's Office, Atlanta,* 07/03/2018
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*